**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN R. MILLARD, CAROL A. MILLARD,**

        **Plaintiffs,**

**-vs-**                                                        **Case No. 6:05-cv-285-Orl-DAB**

**SCOTT D. MEYER, HAWK INDUSTRIES, LLC, NATIONAL MARINE MANUFACTURERS ASSOCIATION, INC.,**

        **Defendants.**

_____

**ORDER OF DISMISSAL**

The Court has been advised by the parties that the above-styled action has been completely settled. Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** with prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot, and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Orlando, Florida on June 29, 2006.

                                                  *David A. Baker*
                                              DAVID A. BAKER
                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record